**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARTA CAKAR,

                Plaintiff,                      20 **CIVIL** 4252 (KMK)(AEK)

        -v-                                    **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 8, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           December 8, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                              **BY:**    *K. Mango*
                                                      **Deputy Clerk**